IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SSAB ALABAMA, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:17-cv-175 |
| | * | |
| KEM-BONDS, INC., | * | |
| | * | JURY TRIAL DEMANDED |
| Defendant. | * | |
| | * | |

## COMPLAINT

COMES NOW Plaintiff SSAB ALABAMA, INC. ("SSAB"), as and for its Complaint against the Defendant, KEM-BONDS, INC. ("Kem-Bonds"), states as follows:

### NATURE OF THE ACTION

1.  This is an action for breach of contract and breach of warranty, and money damages. SSAB owns and operates a recycling steel mill in Axis, Alabama. As part of the steel-making process, recycled scrap metal is melted in an electric arc furnace at very high temperatures. The resultant molten metal is tapped out through a nozzle in the bottom of the furnace. A coarse sand-like material is required to fill this nozzle in order to hold the molten metal at bay until it reaches its full temperature without metal penetration into the material column. As part of the tapping process the sand releases cleanly and quickly to facilitate complete flow control of the liquid steel.

2.	Defendant Kem-Bonds provided SSAB a product known as EZ-POR. This product, known as tap-hole sand, was utilized in the steel-making process as previously described.

3.	During routine operations in June 2016 as a result of this defective tap-hole sand, SSAB experienced several "burn-through" incidents. That is to say that when this defective tap-hole sand was used by SSAB as a fill material to plug the tap hole during the melting process, it resulted in a catastrophic failure. As a result of this failure, SSAB suffered significant property loss damages as will be described hereafter. Additionally, SSAB suffered other damages including significant production delays and disruption.

## **PARTIES, JURISDICTION AND VENUE**

4.	SSAB is an Alabama corporation with its principal place of business located in Mobile County, Alabama.

5.	Upon information and belief, Kem-Bonds, Inc. is a Missouri corporation with its principal place of business located in Olivette, Missouri.

6.	This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between SSAB and Kem-Bonds and because the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs. By agreement of the parties, this Court has personal jurisdiction over the parties and venue lies in this district.

## **COUNT ONE: BREACH OF CONTRACT**

7.	The averments of paragraphs 1 through 6 hereinabove are incorporated herein by reference.

8. In the Spring of 2016, SSAB and Kem-Bonds entered into a series of contracts for the purchase of EZ POR-430, commonly known as tap-hole sand. Two of these contracts involved purchase orders numbered MB153592 and MB151229.

9. Kem-Bonds breached these contracts by:

   a. Failing to provide the industry standard tap-hole sand with a loss of ignition (LOI) value of less than 2%. Upon independent testing of both of these deliveries, it was determined that the LOI value was well in excess of this industry standard and as a result Kem-Bonds breached its contract.

   b. Failing to do chemical testing and analysis of this product prior to its delivery to SSAB.

   c. Failing to notify SSAB that Kem-Bonds had secured a different supplier of this tap-hole sand.

10. During routine operations in June of 2016, SSAB experienced several burn-through incidents.

11. As a result of these burn-through incidents, SSAB retained the services of Luvak Laboratories, Inc. to perform a chemical analysis on the products provided pursuant to the above-mentioned purchase orders.

12. This chemical analysis showed that the LOI on the defective sand was well in excess of 2%. Additionally, this chemical analysis showed that there were excessive voids in the tap-hole sand.

13. As a result of this defective product and due to the high LOI, the tap-hole sand allowed 240 tons of 3,000 degree liquid steel to find a path through the defective sand and burn through the tap-hole gate prior to the ladle reaching the tap position.

## COUNT TWO: BREACH OF WARRANTY

14. All prior paragraphs of this complaint are incorporated herein by reference.

15. Kem-Bonds has breached both the express and implied warranties including, but not limited to, the warranty section found in paragraph ten of the terms and conditions attached to the previously described purchase orders.

16. As a result of this breach of contract and breaches of warranty, SSAB suffered property damages in the amount of $532,850.36. Additionally, SSAB suffered damages including significant production delays and disruptions.

17. WHEREFORE, the premises considered, SSAB is demanding an award of damages in excess of $532,850.36.

18. SSAB additionally prays for such other, further and different relief to which it may be entitled including attorney fees and costs.

JURY TRIAL DEMANDED.

Respectfully submitted,

/s Donald G. Beebe
DONALD G. BEEBE (BEEBD1845)
don.beebe@atchisonlaw.com
3030 Knollwood Drive
Mobile, Alabama  36693
Telephone (251) 665-7200

/s/ Christopher A. Arledge
CHRISTOPHER A. ARLEDGE (ARLEC1115)
chris.arledge@atchisonlaw.com
3030 Knollwood Drive
Mobile, Alabama  36693
Telephone (251) 665-7200

*Attorneys for Plaintiff SSAB Alabama, Inc.*

OF COUNSEL:
THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, Alabama  36693
Telephone (251) 665-7200
Facsimile (251) 665-7250

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:**

**KEM-BONDS, INC.**
C/O DONALD A. BAERVELDT, REGISTERED AGENT
820 SOUTH MAIN STREET, SUITE 208
ST. CHARLES, MO  63301

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SSAB ALABAMA, INC.** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:17-cv-175 |
| | * | |
| **KEM-BONDS, INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

### DISCLOSURE STATEMENT PURSUANT TO CIVIL L.R. 7.1

COMES NOW SSAB ALABAMA, INC., an Alabama corporation, Plaintiff in the above captioned matter, and in accordance with the Order of this Court, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates or similarly situated related individuals or entities reportable under the provisions of the S.D. Ala. CivLR 7.1:

SSAB ALABAMA, INC., certifies that the general nature and purpose of the foregoing entity or entities is in the nature of manufacturing and producing steel and steel products.

SSAB ALABAMA, INC., also certifies that the following are parents, subsidiaries and/or affiliates of said party or parties that have issued shares or debt securities to the public: SSAB AB.

This the 25th day of April, 2017.

Respectfully submitted,

/s Donald G. Beebe
DONALD G. BEEBE (BEEBD1845)
don.beebe@atchisonlaw.com
3030 Knollwood Drive
Mobile, Alabama  36693
Telephone (251) 665-7200

/s Christopher A. Arledge
CHRISTOPHER A. ARLEDGE (ARLEC1115)
chris.arledge@atchisonlaw.com
3030 Knollwood Drive
Mobile, Alabama  36693
Telephone (251) 665-7200

*Attorneys for Plaintiff SSAB Alabama, Inc.*

OF COUNSEL:
THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, Alabama  36693
Telephone (251) 665-7200
Facsimile (251) 665-7250